HALSTEAD v. HALSTEAD *et al.*

*Costs — on appeal — between defendants in partition suit.*

In an action for partition, one of the defendants appealed from an order therein to the general term, where the order was affirmed, and to the court of appeals, where the appeal was dismissed. One of the other defendants was an infant, who appeared by a guardian and put in a general answer. ·The infant's interests were identical with those of the plaintiff, and the guardian was represented during the whole litigation by the same counsel as the plaintiff. *Held,* that the guardian was not entitled to costs as against the appealing defendant, upon the appeal to the court of appeals, in the absence of an explicit direction of that court granting him costs.

APPEAL from an order of the special term, denying an application by the guardian of an infant defendant for costs upon an appeal made by his co-defendant.

BARNARD, P. J.

The substance of the opinion, and the only point passed upon therein, are given in the head-note.

*Order affirmed.*